# VERDICT FORM

Nothing said in the Verdict Form is meant to suggest what your verdict should be. You alone have the responsibility for deciding the verdict.

**I. NEW YORK STATE EXECUTIVE LAW SECTION 296**

A. HOSTILE WORK ENVIRONMENT UNDER NEW YORK STATE EXECUTIVE LAW SECTION 296

1. Do you find that the Defendants subjected the Plaintiff, on the basis of his race, color, religion, or gender to a hostile work environment?

   YES _____    NO __X_____

B. RETALIATION UNDER NEW YORK STATE EXECUTIVE LAW SECTION 296

2. Do you find that the Defendants retaliated against the Plaintiff because the Plaintiff complained that his employer was engaged in unlawful discrimination?

   YES _____    NO __X_____

**II. TITLE VII**

A. HOSTILE WORK ENVIRONMENT UNDER TITLE VII

3. Do you find that the Defendants County of Nassau and the Nassau County Sheriff's Department subjected the Plaintiff, on the basis of his race, color, religion, or gender to a hostile work environment?

   YES _____    NO __X_____

B. RETALIATION UNDER TITLE VII

4. Do you find that Defendants County of Nassau and the Nassau County Sheriff's Department retaliated against the Plaintiff because the Plaintiff complained that his employer was engaged in unlawful discrimination?

   YES _____    NO __X_____



## III. 42 UNITED STATES CODE SECTION 1981

5. Do you find that any of the Defendants Kreutz, Henderson, Saitta, LaGreca, or Dudek wrongfully discriminated against the Plaintiff because of his race by failing to promote the Plaintiff, subjecting the Plaintiff to unequal terms and conditions of employment, subjecting the Plaintiff to a hostile work environment, retaliating against the Plaintiff, and/or wrongfully terminating the Plaintiff?

YES _____     NO \_\_\_\_X_____

*If you answered "YES" to Question 5, answer Questions 6 through 10.*
*If you answered "NO" to Question 6, skip Questions 6 through 10, and proceed to Question 11.*

6. Do you find that Defendant Joseph Kreutz violated the Plaintiff's rights under 42 United States Code, Section 1981?

YES _____     NO _____

7. Do you find that Defendant Darryl Henderson violated the Plaintiff's rights under 42 United States Code, Section 1981?

YES _____     NO _____

8. Do you find that Defendant Thomas Saitta violated the Plaintiff's rights under 42 United States Code, Section 1981?

YES _____     NO _____

9. Do you find that Defendant Linda LaGreca violated the Plaintiff's rights under 42 United States Code, Section 1981?

YES _____     NO _____

10. Do you find that Defendant Peter Dudek violated the Plaintiff's rights under 42 United States Code, Section 1981?

YES _____                                        NO _____

### IV. 42 UNITED STATES CODE SECTION 1983

11. Do you find that any of the Defendants Kreutz, Henderson, Saitta, LaGreca, or Dudek violated the Plaintiff's constitutional rights under 42 United States Code, Section 1983?

YES _____                                        NO ___ X ___

*If you answered "YES" to Question 11, answer Questions 12-16.*
*If you answered "NO" to Question 11, skip Questions 12-16, and proceed to Question 17.*

12. Do you find that Defendant Joseph Kreutz violated the Plaintiff's rights under 42 United States Code, Section 1983?

YES _____                                        NO _____

13. Do you find that Defendant Darryl Henderson violated the Plaintiff's rights under 42 United States Code, Section 1983?

YES _____                                        NO _____

14. Do you find that Defendant Thomas Saitta violated the Plaintiff's rights under 42 United States Code, Section 1983?

YES _____                                        NO _____

15. Do you find that Defendant Linda LaGreca violated the Plaintiff's rights under 42 United States Code, Section 1983?

YES _____        NO_____

16. Do you find that Defendant Peter Dudek violated the Plaintiff's rights under 42 United States Code, Section 1983?

YES _____        NO_____

## V. 42 UNITED STATES CODE SECTION 1985(3)

17. Do you find that any of the Defendants Kreutz, Henderson, Saitta, LaGreca, or Dudek conspired to violate the Plaintiff's rights on the basis of his color, race, or religion?

YES _____        NO ___X_____

*If you answered "YES" to Question 17, answer Questions 18 through 28.*
*If you answered "NO" to Question 17, skip Questions 18 through 28, and proceed to Question 29.*

18. Do you find that Defendant Joseph Kreutz violated the Plaintiff's rights under 42 United States Code, Section 1985(3)?

YES _____        NO_____

19. Do you find that Defendant Darryl Henderson violated the Plaintiff's rights under 42 United States Code, Section 1985(3)?

YES _____        NO_____

20. Do you find that Defendant Thomas Saitta violated the Plaintiff's rights under 42 United States Code, Section 1985(3)?

YES _____        NO_____

4

21. Do you find that Defendant Linda LaGreca violated the Plaintiff's rights under 42 United States Code, Section 1985(3)?

YES _____                    NO _____

22. Do you find that Defendant Peter Dudek violated the Plaintiff's rights under 42 United States Code, Section 1985(3)?

YES _____                    NO _____

## VI. SECTION 1986

23. Do you find that any of the Defendants Kreutz, Henderson, Saitta, LaGreca, or Dudek failed to intervene to prevent violation of the Plaintiff's rights?

YES _____                    NO _____

*If you answered "YES" to Question 23, answer Questions 24 through 28.*
*If you answered "NO" to Question 24, skip Questions 24 through 28, and proceed to Question 29.*

24. Do you find that Defendant Joseph Kreutz violated the Plaintiff's rights under 42 United States Code, Section 1986?

YES _____                    NO _____

25. Do you find that Defendant Darryl Henderson violated the Plaintiff's rights under 42 United States Code, Section 1986?

YES _____                    NO _____

26. Do you find that Defendant Thomas Saitta violated the Plaintiff's rights under 42 United States Code, Section 1986?

YES _____                    NO _____

5

27. Do you find that Defendant Linda LaGreca violated the Plaintiff's rights under 42 United States Code, Section 1986?

YES _____                                    NO _____

28. Do you find that Defendant Peter Dudek violated the Plaintiff's rights under 42 United States Code, Section 1986?

YES _____                                    NO _____

## VII. QUALIFIED IMMUNITY

29. Did Defendant Joseph Kreutz prove, by a preponderance of the evidence, that he is entitled to qualified immunity?

YES _____                                    NO ___X_____

30. Did Defendant Darryl Henderson prove, by a preponderance of the evidence, that he is entitled to qualified immunity?

YES _____                                    NO ___X_____

31. Did Defendant Thomas Saitta prove, by a preponderance of the evidence, that he is entitled to qualified immunity?

YES _____                                    NO ___X_____

32. Did Defendant Linda LaGreca prove, by a preponderance of the evidence, that she is entitled to qualified immunity?

YES _____                                    NO ___X_____

33. Did Defendant Peter Dudek prove, by a preponderance of the evidence, that he is entitled to qualified immunity?

YES _____ NO \_\_\_\_X\_\_\_\_

## VIII. BREACH OF CONTRACT

34. Did the Plaintiff prove his breach of contract claim against the County of Nassau and the Nassau County Sheriff's Department by a preponderance of the evidence?

YES \_\_\_\_X\_\_\_\_ NO _____

## IX. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

35. Did the Plaintiff prove his Intentional Infliction of Emotional Distress claim against Defendants Kreutz, Henderson, Saitta, LaGreca, and Dudek by a preponderance of the evidence?

YES _____ NO \_\_\_\_X\_\_\_\_

*If you answered "YES" to any of the above questions, (excluding Questions 29 through 33), state the amount of damages you award by responding to Questions 36 through 46. If you answered all of the above questions "NO" (excluding Questions 29 through 33), proceed no further, and have the Jury Foreperson date and sign this Verdict Sheet and return to the Courtroom.*

## X. DAMAGES

A. COMPENSATORY DAMAGES

36. Past Economic Damages

$ \_\_\_\_\_0\_\_\_\_\_ .00

37. Future Economic Damages

$ \_\_\_\_\_0\_\_\_\_\_ .00

38. Future Psychological / Psychiatric Treatment Costs

7

$ __50,000__ .00

39. Past Emotional Distress

$ __100,000__ .00

40. Future Emotional Distress

$ __50,000__ .00

B. PUNITIVE DAMAGES

41. Do you award Punitive Damages against any of the Individual Defendants?

YES _____          NO __X__

***If you answered "YES" to Question 41, answer Questions 42 through 46.
If you answered "NO" to Question 41, proceed no further, and have the Jury Foreperson date and sign this Verdict Sheet and return to the Courtroom.***

42. Punitive Damages against Defendant Joseph Kreutz

$ _____ .00

43. Punitive Damages against Defendant Darryl Henderson

$ _____ .00

44. Punitive Damages against Defendant Thomas Saitta

$ _____ .00

45. Punitive Damages against Defendant Linda LaGreca

$ _____ .00

8

46.     Punitive Damages against Defendant Peter Dudek

$ _____.00

*The Jury Foreperson should date and sign this Verdict Sheet and return it to the Courtroom*

Dated January 24, 2014                    Signed: _____
                                                    **Jury Foreperson**