UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
SHOMARI SAEED

                           Plaintiff,

       -against-

COUNTY OF NASSAU, NASSAU COUNTY
SHERIFF'S DEPARTMENT, SERGEANT
JOSEPH KREUTZ, in his official and individual
capacity, INVESTIGATOR DARRYL
HENDERSON, in his official and individual
capacity, SERGEANT THOMAS SAITTA, in his
official and individual capacity, DEPUTY
UNDERSHERIFF LINDA LAGRECA, in her
official and individual capacity, CAPTAIN PETER
DUDEK, in his official and individual capacity,

                         Defendants.
--------------------------------------------------------------------X

JUDGMENT

2:09-cv-3314, (Kuntz, J.)

      This action having been tried by **JUDGE WILLIAM F. KUNTZ, II, UNITED STATES DISTRICT JUDGE,** presiding, and the jury having rendered a verdict; it is hereby

      **ORDERED AND ADJUDGED** that judgment is entered in favor of **Plaintiff Shomari Saeed** and against **(1) Defendant the County of Nassau** and **(2) Defendant Nassau County Sheriff's Department** with respect to the Plaintiff's breach of contract claim. The Plaintiff is awarded the following in compensatory damages: 1. $50,000 in Future Psychological / Psychiatric Treatment Costs; 2. $100,000 in Past Emotional Distress; 3. $50,000 in Future Emotional Distress; and 4. Post-judgment interest pursuant to 28 U.S.C. § 961.

Dated: Brooklyn, New York
       February 26, 2014

                                          DOUGLAS C. PALMER
                                          CLERK OF COURT

                           by:   */s/ Andrew Jackson*
                                    Deputy Clerk