UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SHOMARI SAEED,

                             Plaintiff,

  -against-

COUNTY OF NASSAU, NASSAU COUNTY SHERIFF'S DEPARTMENT, SERGEANT JOSEPH KREUTZ, in his official and individual capacity, INVESTIGATOR DARRYL HENDERSON, in his official and individual capacity, SERGEANT THOMAS SAITTA, in his official and individual capacity, DEPUTY UNDERSHERIFF LINDA LAGRECA, in her official and individual capacity, CAPTAIN PETER DUDEK, in his official and individual capacity,

                             Defendants.
----------------------------------------------------------------X

**09-CV-3314 (WFK) (AKT)**

**NOTICE OF APPEAL**

**NOTICE IS HEREBY GIVEN THAT** the Defendants, COUNTY OF NASSAU, NASSAU COUNTY SHERIFF'S DEPARTMENT, SERGEANT JOSEPH KREUTZ, in his official and individual capacity, INVESTIGATOR DARRYL HENDERSON, in his official and individual capacity, SERGEANT THOMAS SAITTA, in his official and individual capacity, DEPUTY UNDERSHERIFF LINDA LAGRECA, in her official and individual capacity, and CAPTAIN PETER DUDEK, in his official and individual capacity, hereby appeal to the United States Court of Appeals for the Second Circuit from (1) the order entered in this action on the 28th day of September 2012, (2) the order entered in this action on the 2nd day of October 2012, (3) the order entered in this action on the 21st day of January 2014, (4) the order entered in this action on the 24th day of January 2014, and (5) the final judgment entered in this action on the 26th day of February, 2014.

Dated: Mineola, New York
       February 28, 2014

                                                    Deanna D. Panico (DDP-4299)
                                                    Bee Ready Fishbein Hatter & Donovan, LLP
                                                    *Attorneys for all Defendants*
                                                    170 Old Country Road
                                                    Mineola, New York 11502
                                                    Telephone No.: (516) 746-5599
                                                    Fax No.: (516) 746-1045

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NASSAU        )

KAREN FALBO, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Farmingdale, Nassau County, New York.

On February 28, 2014, deponent served the within NOTICE OF APPEAL upon:

TO:  **LAW OFFICES OF FREDERICK K. BREWINGTON**
*Attorneys for Plaintiff*
556 Peninsula Blvd.
Hempstead, New York  11550-4282

the address designated by said attorney(s) for that purposes by depositing a true copy of same, enclosed in a postage-paid, properly addressed wrapper, in a post office official depository of the United States Postal Service with the State of New York.

KAREN FALBO

Sworn to before me this
28th day of February, 2014

_____
Notary Public

KAMIL GRACZYK
Notary Public, State of New York
No. 01GR6262572
Qualified in Suffolk County
Commission Expires June 11, 2016