UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHOMARI SAEED,

                Plaintiff,

-against-

COUNTY OF NASSAU, NASSAU COUNTY
SHERIFF'S DEPARTMENT, SERGEANT
JOSEPH KREUTZ, in his official and individual
capacity, INVESTIGATOR DARRYL
HENDERSON, in his official and individual
capacity, SERGEANT THOMAS SAITTA, in his
official and individual capacity, DEPUTY
UNDERSHERIFF LINDA LAGRECA, in her
official and individual capacity, CAPTAIN PETER
DUDEK, in his official and individual capacity,

                Defendants.
-----------------------------------------------------------------X

**STIPULATION AND ORDER**

2:09-cv-3314 (WFK) (AKT)

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, through their counsel, that during jury instructions, the Court instructed the jury that discrimination based on sexual orientation is prohibited under both Title VII and 42 U.S.C. Section 1985. Let me clarify, Title VII and 42 U.S.C. Section 1985 do not prohibit discrimination on the basis of sexual orientation. You will be given further instruction regarding the law on this point before you deliberate.

_____
Frederick K. Brewington
Attorney for Plaintiff
Law Offices of Frederick K. Brewington
556 Peninsula Boulevard
Hempstead, NY 11550
516-489-6959
Fax: 516-489-6958
office@brewingtonlaw.com

_____
Michael Paul Siravo
Attorney for Defendant
Bee Ready Fishbein Hatter & Donovan, LLP
170 Old Country Road, Suite 200
Mineola, NY 11501
(516) 746-5599
Fax: (516) 746-1045
msiravo@beereadylaw.com



COURT'S EXHIBIT NO.
IDENTIFICATION/EVIDENCE
DKT # 09cv3314
DATE: 1/13/14

**SO ORDERED**
Dated: Brooklyn, New York
January 13, 2014

                                                s/William F. Kuntz, II

                                        HON. WILLIAM F. KUNTZ, II
                                            United States District Judge